# Court of Appeals
# of the State of Georgia

ATLANTA,   May 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1585.  ALBERT P. CRUTCHFIELD v. XAVIER LEWIS et al.**

Xavier and Sharon Lewis sued Albert P. Crutchfield in the Municipal Court of Columbus and won a judgment in their favor for $500 plus court costs.  Crutchfield appeals directly to this Court.  But under OCGA § 5-6-35 (a) (6), the discretionary appeal procedure is required where – as here – a money judgment in an action for damages totals $10,000 or less.  See, e.g., *Emerson v. Brookmere Homeowners Assn.*, 311 Ga. App. 371 n. 1 (715 SE2d 775) (2011).  Because Crutchfield failed to follow the required appellate procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, 05/16/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*